AO 91 (Rev. 11/11) Criminal Complaint

DOA: 8/3/2025

# UNITED STATES DISTRICT COURT
for the
District of Arizona

United States of America )
v. )
Jonathan Erick Cruz-Nunez, ) Case No. 25-5329mJ
a.k.a.: Jonathan Erik Cruz Nunez, )
a.k.a.: Jonathan Erick Nunez )
A #201 029 347 )
*Defendant*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about August 3, 2025, in Maricopa County, in the District of Arizona, the defendant violated Title 8, United States Code, Section 1326(a) (Reentry of Removed Alien), an offense described as follows:

Jonathan Erick Cruz-Nunez, an alien, was found in the United States at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about April 9, 2020, and not having obtained the express consent of the Attorney General or the Secretary of Homeland Security to reapply for admission to the United States, in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1) (Reentry of Removed Alien). I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

CHARLES BAILEY  Digitally signed by CHARLES BAILEY
Date: 2025.08.04 11:45:54 -07'00'

AUTHORIZED BY: Charles E. Bailey Jr., P.S. for AUSA Diamond Zambrano

☒ Continued on the attached sheet.

LUIS E TERAN  Digitally signed by LUIS E TERAN
Date: 2025.08.04 12:48:32 -07'00'

Luis E. Teran
ICE Deportation Officer
*Printed name and title*

Sworn to telephonically.

Date: August 4, 2025 @ 2-19pm

*Judge's signature*

City and state: Phoenix, Arizona

Deborah M. Fine
United States Magistrate Judge
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Deportation Officer Luis E. Teran, declare under penalty of perjury that the following is true and correct.

1. I am a Deportation Officer. I have learned the facts recited herein from direct participation in the investigation and from the reports and communications of other agents and officers.

2. On or about August 3, 2025, officers with the Surprise Police Department arrested and booked Jonathan Erick Cruz-Nunez into the Maricopa County Jail (MCJ), located in Phoenix, Arizona, on local charges. While Cruz-Nunez was confined at the MCJ, ICE agents encountered him, and he stated that he is a citizen of Mexico. On the same date, an immigration detainer was lodged with the MCJ for Cruz-Nunez. On or about August 3, 2024, Cruz-Nunez was released from the MCJ to ICE custody and transported to the Phoenix ICE office for further investigation and processing. Cruz-Nunez was held in administrative custody until his criminal and immigration records could be obtained and identity confirmed.

3. Immigration history checks revealed Jonathan Erick Cruz-Nunez to be a citizen of Mexico and a previously deported alien. Cruz-Nunez was removed from the United States to Mexico, through Nogales, Arizona, on or about April 9, 2020, pursuant to a final order of removal issued by an immigration judge. There is no record of Cruz-

1

Nunez in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his last removal. Cruz-Nunez's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that on or about June 24, 2010, Jonathan Erick Cruz-Nunez was convicted of Possession of Narcotic Drugs for Sale, a felony offense, in the Superior Court of Arizona, Maricopa County. Cruz-Nunez was sentenced to nine (9) months of incarceration, and two (2) years of probation. Cruz-Nunez's criminal history was matched to him by electronic fingerprint comparison.

5. On or about August 3, 2025, Jonathan Erick Cruz-Nunez was advised of his constitutional rights. Cruz-Nunez freely and willingly acknowledged his rights and agreed to provide a statement under oath. Cruz-Nunez stated that his true and complete name is "Jonathan Erik Cruz Nunez," and that he is a citizen of Mexico and of no other country. Cruz-Nunez also stated that he legally entered the United States by "walking" at or near "Douglas," Arizona, on or about "02/01/2021," without prior inspection by an immigration officer. Cruz-Nunez further stated that he had been previously removed from the United States, and did not apply to the United States Attorney General or the Department of Homeland Security for permission to re-enter the United States after his last removal.

6. For these reasons, this affiant submits that there is probable cause to believe that on or

2

about August 3, 2025, Jonathan Erick Cruz-Nunez, an alien, was found in the United States at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, or removed from the United States at or near Nogales, Arizona on or about April 9, 2020, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission to the United States, in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1) (Reentry of Removed Alien).

7. This affidavit was sworn to telephonically before a United States Magistrate Judge legally authorized to administer an oath for this purpose. I have thoroughly reviewed the affidavit and the attachments to it, and attest that there is sufficient evidence to establish probable cause that the defendant violated Title 8, United States Code, Section 1326(a), and enhanced by (b)(1) (Reentry of Removed Alien).

LUIS E TERAN
Digitally signed by LUIS E TERAN
Date: 2025.08.04 12:49:10 -07'00'

Luis E. Teran
Deportation Officer
Immigration and Customs Enforcement

Sworn to telephonically on
August 4, 2025 @ 2:19 pm

Deborah M. Fine
United States Magistrate Judge